■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OWEN MCALLISTER, Appellant. [920 NYS2d 704]—Appeal by the defendant from a judgment of the County Court, Westchester County (DiBella, J.), rendered September 5, 2008, convicting him of criminal trespass in the second degree and resisting arrest, upon a jury verdict, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Mastro, J.P., Rivera, Austin and Roman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY SADLER, Appellant. [920 NYS2d 709]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 11, 2008 (*People v Sadler*, 49 AD3d 670 [2008]), affirming a judgment of the County Court, Suffolk County, rendered October 12, 2004.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Rivera, Skelos and Balkin, JJ., concur.